UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 96-10804-DPW <br> NO. 1:04-CV-10647-DPW <br> (A-1 Disposal Site) |

**ASSENTED TO MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF TWENTY PAGES**

Black & Decker moves, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of more than twenty pages in opposition to Liberty Mutual Insurance Company's Supplemental Motion For Summary Judgment With Respect To The A-1 Disposal Site. A memorandum in excess of twenty pages is appropriate to address and respond adequately to the issues pertinent to this motion.

Liberty Mutual assents to this motion.

By their attorneys,

Dated:  December 9, 2004         /s/ Jack R. Pirozzolo
                                Jack R. Pirozzolo BBO # 400400
                                Richard L. Binder BBO # 043240
                                Willcox, Pirozzolo & McCarthy
                                Professional Corporation
                                50 Federal Street
                                Boston, Massachusetts 02110
                                (617) 482-5470