UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC.,<br><br>Defendants. | ) CIVIL ACTION<br>) NO. 96-10804-DPW<br>) NO. 1:04-CV-10647-DPW<br>)  (A-1 Disposal Site)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE A-1 DISPOSAL SITE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Opposition Of Black & Decker To Supplemental Summary Judgment Motion Of Liberty Mutual With Respect To The A-1 Disposal Site

- Affidavit Of James J. Nicklaus In Opposition To The Liberty Mutual Supplemental Motion For Summary Judgment With Respect To The A-1 Disposal Site

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470